IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **OSCAR ARRIOLA,** *Petitioner* | § § § § § § § | **1:23-CV-00660-RP-SH** |
| v. | | |
| **WARDEN AT FCI BASTROP, TEXAS,** *Respondent* | | |

## ORDER

Before the Court is Petitioner Oscar Arriola's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 to Correct Credit for Time Spent in Custody in Mexico Prior to Extradition (Dkt. 1). Petitioner has paid the $5.00 filing fee required to bring such an action. Petitioner challenges the calculation of his sentence.

After consideration of the petition, the Court **ORDERS** the Clerk to serve a copy of the petition (Dkt. 1) on the United States Attorney, by certified mail, return receipt requested. It is **FURTHER ORDERED** that the United States Attorney, on behalf of Respondent, file an answer or other response to the petition within **sixty (60) days** of the date of service of the petition on Respondent. If Petitioner desires to file a reply to Respondent's response, he is **ORDERED** to do so within **thirty (30) days** of the date of service of the response on him.

**SIGNED** on July 7, 2023.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE